IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| KLEIN-BECKER USA, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALL WEB LLC, et al.,<br><br>　　　　　Defendants. | ORDER<br><br>AND<br><br>MEMORANDUM DECISION<br><br><br>Case No. 2:05-CV-518 TC |

　　　This matter is before the court on Defendants' All Web LLC dba All Web Nutrition, Inc., Liposlim Systems, Sterling-Grant Laboratories, Rob Dente, and John Does 1 through 10 (hereinafter "All Web") motion to amend order by certifying such order for interlocutory appeal. For the reasons set forth in Plaintiff Klein-Becker's opposition memorandum, All Web's motion is DENIED.

　　　SO ORDERED this 17th day of September, 2007.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*Tena Campbell*

　　　　　　　　　　　　　　　　　　　　　　　TENA CAMPBELL
　　　　　　　　　　　　　　　　　　　　　　　Chief Judge